UNITED ELECTRIC LIGHT & POWER CO. v. CITY OF NEW YORK.

(Supreme Court, Appellate Division, First Department.    July 13, 1909.)

Appeal from Special Term, New York County.
Action by the United Electric Light & Power Company against the City of New York. From an order denying its motion for an inspection and discovery, defendant appeals. Reversed.
Argued before INGRAHAM, McLAUGHLIN, LAUGHLIN, CLARKE, and HOUGHTON, JJ.

Austen G. Fox, for appellant.
Henry J. Hemmens, for respondent.

McLAUGHLIN, J.   For the reasons stated in the opinion in New York Edison Co. v. City of New York (Borough of Manhattan) 118 N. Y. Supp. 238, decided herewith, the order here appealed from should be reversed, with $10 costs and disbursements, and the motion granted to the extent indicated in the opinion, with $10 costs. All concur.